DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>   CONSTANCE L. BUCKLES<br>   4479 MOFFITT DRIVE<br>   NAPA, CA 94558<br><br>   ###-##-6278<br><br><br><br>Debtor(s). | Case No.:  11-1-0494AJ13<br>Chapter 13<br><br>**NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES**<br><br>341 MEETING OF CREDITORS:<br>Date:  03/22/2011<br>Time:  9:00 AM<br>Place:  Office of the United States Trustee<br>        777 Sonoma Ave., First Floor, #116<br>        Santa Rosa, CA   95404 |

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Although there is no "model plan" in the Santa Rosa Division, the Trustee requests that Debtor's counsel utilize a plan that clearly indicates how creditors are to be paid and use the one provided on the Trustee's website.

2. Debtor's plan fails to provide administrative costs.  The Trustee requests Debtor's counsel amend the plan to provide for this omitted information.

3. Debtor's petition fails to provide Form B22C.  The Trustee requests Debtor's counsel file this form with the court.

4. The Debtor's plan does not meet the requirements of 11 U.S.C.§1325(d), as the plan payment is insufficient to pay all secured, priority and administrative claims, and therefore, the plan is not feasible.
   **Possible resolution:** Add all creditors listed on Schedule D to Debtor's plan and provide treatment to said creditors.

5. The Trustee requests a *signed* copy of Debtor's 2010 Personal Income Tax Returns to be received no later than seven days prior to the date of the first scheduled Meeting of Creditors.

6. The Trustee requests copies of Debtor's payment advices received in the last six months prior to the filing of the Bankruptcy (August 2010 through January 2011), or, in the alternative, a Debtor's declaration that details why pay advices cannot be provided.

7. Schedule I fails to provide the length of employment for all three employers. The Trustee requests Debtor's counsel amend Schedule I to provide for this omitted information.

8. Paragraph 4 of the Debtor's plan proposes unsecured creditors to receive an estimated percentage of not less than 20.49%. The Trustee requests Debtor's counsel amend the plan to propose an estimated percentage payout to unsecured creditors represented by a whole number or provide creditors with a special notice.

9. Schedule A reflects the value of Debtor's real property located at 4479 Moffett Drive, Napa, California as $375,000.00. Trustee requests verification of how Debtor arrived at this value.

The Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: March 7, 2011              DAVID BURCHARD
                                  DAVID BURCHARD, Chapter 13 Trustee

# Certificate of Mailing

I, DENIZ BRIDGMAN, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES,
and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


CONSTANCE L. BUCKLES
4479 MOFFITT DRIVE
NAPA, CA 94558


| | |
|---|---|
| IRMA P. CORDOVA | United States Trustee |
| LAW OFFICES OF IRMA P. CORDOVA | 235 Pine Street, Suite 700 |
| 170 SOTOYOME ST. #3 | San Francisco, CA  94104 |
| SANTA ROSA, CA 95405-0000 | |


Dated: March 7, 2011                                         DENIZ BRIDGMAN
                                                                              DENIZ BRIDGMAN (NSJ)